# EXHIBIT A

# Termination of Counsel

## Termination of Legal Representation

**RICHARD MOORE (61466)** View All (read-all-from.cfm?memID=5653417)

Albemarle Charlottesville Regional Jail

Tuesday, November 11, 2025 7:10 PM

✏️ Reply (new-message.cfm?reply=268508881)   🗑 Delete (delete-message.cfm?mesID=268508881)

✉ Messages (my-messages.cfm)

Mario,

I regret to say that at this point I must terminate my legal representation with you due to a conflict created by the government. This termination will apply to Mr. Shoreman as as well. I believe that emails used as supporting documentation for the sentencing memorandum from the government as well as others the government will be presenting as evidence at sentencing makes it so that your role mist change from attorney to witness.I do believe that the government knew this could create a conflict.knowing you need to be terminated. I will be asking the court to appoint a public defender or court appointed counsel. Please cooperate with new counsel to insure a smooth transition.

Thank You

Richard Moore

✏️ Reply (new-message.cfm?reply=268508881)   🗑 Delete (delete-message.cfm?mesID=268508881)

✉ Messages (my-messages.cfm)

Copyright © 2025 by Smart Communications. All Rights Reserved.
Privacy Policy (/privacy-policy.cfm) - Terms of Service (/terms-of-service.cfm) - View in English (/read-message.cfm?mesID=268508881&setLang=en) or Español (/read-message.cfm?mesID=268508881&setLang=es)